# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 16-5703

Sheriff's Sale Date: _____

v.

JULES T. RODERICK; et al.
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS & COMPLAINT

I, KENDRA DAY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JULES T. RODERICK the above process on the 20 day of April, 2017, at 5:15 o'clock, PM, at 125 S. 8TH STREET ALLENTOWN, PA 18101, County of Montgomery, Commonwealth of Pennsylvania:

Manner of Service:

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 41-45 Height 6'1" Weight 225 Race BLACK Sex MALE Hair BLACK
Military Status: ☑ No ☐ Yes Branch: _____

Commonwealth/State of **Pa** )
) SS:
County of **Berks** )

Before me, the undersigned notary public, this day, personally, appeared **Kendra Day** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this **24** day of **April**, 20**17**.

File Number: USA-158090
Case ID #:4861545

_____ Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017