UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      Plaintiff<br><br>v.<br><br>JULES T. RODERICK,<br>                      Defendant | No. 17-00521 |

## DEFAULT JUDGMENT

AND NOW, this __16th__ day of __May__, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Friday, February 03, 2017 and, after due service of process on Defendant, JULES T. RODERICK, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, JULES T. RODERICK, in the amount of $6,762.00. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date:   May 16, 2017

                                                  Clerk, United States District Court
                                                  EasternDistrict of Pennsylvania

                                      By:    __s/ Terry Milano__
                                                      Deputy Clerk